



**Filed Under Seal**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

v.    :    CRIMINAL NO. 11- Cr-666

MICHAEL MOORE    :

FILED
NOV 10 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER FOR BENCH WARRANT

AND NOW, this 10 day of November, 2011, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge



**Filed Under Seal**

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :

v.                    FILED :           CRIMINAL NO. 11- CR 666

MICHAEL MOORE        NOV 10 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this 10 day of November, 2011, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Albert S. Glenn, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
ALBERT S. GLENN
Assistant United States Attorney