IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## **BAIL STATUS AND ORDER**

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | **INITIAL APPEARANCE** |
| | | **PRETRIAL DETENTION HEARING** |
| | | **ARRAIGNMENT** |
| | | |
| | | November 15, 2011 |
| Date of Arrest: 11/15/2011 | : | ESR OPERATOR: Janice Lutz |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Albert Glenn |
| | | |
| v. | : | Criminal No: 11-666 |
| | | |
| MICHAEL MOORE | : | Marc Durant |
| | : | [] CJA Appointed |
| | | [X] Retained |
| | | [] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

    [] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

    [] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

    [] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

    [] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

    [X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

    [] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[X] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

                                                BY:

                                                /s/ Lynne A. Sitarski
                                              LYNNE A. SITARSKI
                                             UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT    8    MINUTES**

(Form Revised December, 2009)