IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL |
|---|---|---|
| v. | : | |
| _Michael Moore_ | : | NO. __11-666__ |
| | : | |

## CONDITIONS OF RELEASE ORDER

| **BAIL** |
|---|

Defendant is released on bail in the amount of: $ _50,000_
  __X__ O/R
  _____ cash
  _____ secured by:
        _____ % cash
        _____ property at: _____
        _____ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| **PRETRIAL SERVICES** |
|---|

__X__ Defendant shall report to Pretrial Services:
        __X__ as directed by Pretrial Services.
        _____ times per week **in person**.
        _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:
_____

        _____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

        _____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

| **PASSPORT** |
|---|

__X__ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

__X__ Travel is restricted to the **Eastern District of Pennsylvania**. +
__X__ Travel is restricted to the _District of Delaware_.
__X__ Unless prior permission is granted by Pretrial Services.

## FIREARMS

_____ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

__X__ Defendant shall have no contact with _co-defendants_ [except in the presence of counsel], **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:

at: _825 Burrows Run Road, Chadds Ford, PA 19317_

with: _____

## OTHER CONDITIONS:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this _15_ day of _November_, 2011.

BY THE COURT:

_____
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

(Form Revised December, 2007)