DURANT & DURANT LLP
ATTORNEYS AT LAW
325 CHESTNUT STREET, SUITE 1116, PHILADELPHIA, PA. 19106, 215-592-1818
WWW.DURANTLAW.COM

November 23, 2011

VIA ECF

The Honorable Berle M. Schiller
5614 U. S. Courthouse
601 Market Street
Philadelphia, PA  19106

       Re:    United States v. Michael Moore
                Criminal No. 2:11-cr-00666-BMS

Dear Judge Schiller:

    I write to Your Honor because I am incorrectly listed as defense counsel of record on the docket in this case and also because defendant Michael Moore needs appointed counsel.  I represented Mr. Moore over two years ago, early in the investigative stage.  At his initial appearance before the United States Magistrate Judge on November 15, 2011, I advised the court on the record that I was appearing only for the purposes of setting bail and that I was unable to enter my appearance generally.  I declined to file a written entry of appearance with the court.  Nonetheless, subsequently the docket mistakenly showed that I was defense counsel of record. I respectfully request that this be corrected.

    Mr. Moore is unable at this time to engage private counsel and needs appointed counsel for this case to proceed expeditiously.  There are no co-defendants and I am unaware of any reason why the Defender Association could not be appointed.

    I would further respectfully suggest that the Local Rule 12.1 time frame for pretrial motions needs to be extended so that appointed counsel can have a reasonable opportunity to investigate and prepare such motions.

                                      Respectfully yours,

                                      Marc Durant

MD/fh
cc:    Albert Glen    (*via ECF*)
       Evan Williams  (*via ECF*)
       Michael Moore