IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: January 16, 2013 |
| vs. | : | |
| | : | |
| MICHAEL MOORE | : | Criminal No. 11-666-1 |
| 825 Burrows Run Road | | |
| Chadds Ford, PA 19317 | | |

## NOTICE OF SENTENCING

TAKE NOTICE that the above-entitled case has been set for **sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **April 15, 2013** at **8:30 a.m.** before the Honorable Berle M. Schiller , in Courtroom 13-B, 13th Floor.

The parties shall provide each other copies of all documents and communications at the same time each provides them to the United States Probation office for preparation of the presentence investigation report.

The parties shall file and serve sentencing memoranda which set forth any factual and legal authority upon which they will rely at sentencing no later than one week before sentencing.

All defendants are directed to report to the courtroom on the date and time stated above. If a defendant fails to appear as directed, the bail may be forfeited and a bench warrant issued**.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

☐ INTERPRETER REQUIRED

Very truly yours,

Chris Campoli
Deputy Clerk to Judge Berle M. Schiller

THIS PROCEEDING HAS BEEN RE-SCHEDULED FROM _____

Notice to:
    Defendant
    Catherine C. Henry, Esq., Defense Counsel (via e-mail)
    Albert S. Glenn, Esq., A.U.S.A. (via e-mail)
    U.S. Marshal (via e-mail)
    Probation Office (via e-mail)
    Pretrial Services (via e-mail)
    Larry Bowman (via e-mail)

Cr 4 (rev. 8/97)