IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 11-666 |
| : | |
| MICHAEL MOORE : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 13, 2013, this Court entered an Order for the Forfeiture of certain property further described below;

AND WHEREAS, pursuant to Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Order for Forfeiture was placed on an official government internet site for 30 consecutive days commencing on September 11, 2013;

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Order for Forfeiture;

AND WHEREAS, the Court finds based on the defendant's guilty plea that the defendant had an interest in the property named in the Order for Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. § 2323(b) (post-10/23/08) and 17 U.S.C. §506(b), 18 U.S.C. §981(a)(1)(C), and 28 U.S.C. §2461(c) (pre-10/23/08);

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest of all persons, their heirs and assigns, in the property described below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

   a) 38 Boxes of VHS tapes containing 2,327 VHS tapes;

   b) 812 unboxed VHS tapes;

   c) 34 Beta tapes;

    d)    2,028 DVDs;

    e)    Hughes Direct Tivo – serial number 151-000-AO4F;

    f)    Hughes Tivo – serial number 151-000-AO4F;

    g)    Dell Dimension Computer 3000 – serial number 97C2X51;

    h)    Eight 8-millimeter tapes;

    i)    Panasonic DVD-R – serial number DQ5ICOO3186;

    j)    ADS Tech DVD Xpress USBAV-701-Rev-2;

    k)    Data Video Time Base Corrector TBC-1100 – serial number 00037227;

    l)    World TV – serial number 0541151715;

    m)    Antec Desktop Computer – serial number 480507006500;

    n)    Logitech Device– serial number LNA51309403;

    o)    Direct TV DVR RIO – serial number KAO25F276K2BR4;

    p)    Direct TV DVR RIO – serial number KAO25F275K1TOH;

    q)    Direct TV DVR RIO – serial number KAO25F075K3XE4;

    r)    Antec Desktop Computer – serial number 480507006507;

    s)    Two Lacie external hard drives Model #N2870;

    t)    DVD Recorder Model Number CDVD+R/1 serial number 3041-1203;

    u)    DVD Recorder Tower, Reliant Digital Production Line; and

    v)    DVD Recorder Copy Master Model Number CDVD 4X/1 – 2772-1003.

2.    All right, title and interest of all persons, their heirs and assigns in the properties described above, is hereby vested in the United States of America.

3.  The United States Marshals Service shall dispose of the forfeited properties in accordance with the law and the rules of this Court.

ORDERED _____ this day _____ of 2013.

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 11-666 |
| MICHAEL MOORE | : |

**UNITED STATES' MOTION FOR THE
ENTRY OF A FINAL ORDER OF FORFEITURE**

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Albert S. Glenn, Assistant United States Attorney, respectfully requests entry of a Final Order of Forfeiture, and in support of this motion, the government states as follows:

1. On or about June 13, 2013, this Court ordered a personal forfeiture money judgment in the amount of $155,612.00 in United States currency and ordered forfeited to the United States the defendants' interest in the following assets:

   a) 38 Boxes of VHS tapes containing 2,327 VHS tapes;

   b) 812 unboxed VHS tapes;

   c) 34 Beta tapes;

   d) 2,028 DVDs;

   e) Hughes Direct Tivo – serial number 151-000-AO4F;

   f) Hughes Tivo – serial number 151-000-AO4F;

   g) Dell Dimension Computer 3000 – serial number 97C2X51;

   h) Eight 8-millimeter tapes;

   i) Panasonic DVD-R – serial number DQ5ICOO3186;

   j) ADS Tech DVD Xpress USBAV-701-Rev-2;

k)  Data Video Time Base Corrector TBC-1100 – serial number 00037227;

l)  World TV – serial number 0541151715;

m)  Antec Desktop Computer – serial number 480507006500;

n)  Logitech Device– serial number LNA51309403;

o)  Direct TV DVR RIO – serial number KAO25F276K2BR4;

p)  Direct TV DVR RIO – serial number KAO25F275K1TOH;

q)  Direct TV DVR RIO – serial number KAO25F075K3XE4;

r)  Antec Desktop Computer – serial number 480507006507;

s)  Two Lacie external hard drives Model #N2870;

t)  DVD Recorder Model Number CDVD+R/1 serial number 3041-1203;

u)  DVD Recorder Tower, Reliant Digital Production Line; and

v)  DVD Recorder Copy Master Model Number CDVD 4X/1 – 2772-1003,

(referred to below as the "Subject Property").

2. Pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Order, as it pertains to the Subject Property, was published on an official internet government forfeiture site for 30 consecutive days commencing on September 11, 2013. See Exhibit A, attached.

3. The personal forfeiture money judgment in the amount of $155,612.00 became final as to the defendant at the time of sentencing, pursuant to Fed. R. Crim. P. 32.2(b)(3) and because, pursuant to Fed. R. Crim. P. 32.2(c)(1), advertisement of the judgment and third-party proceedings are not required, the personal forfeiture money judgment was not included in the above referenced advertisement and is not addressed in the proposed Order.

4. No third party has petitioned the court for a hearing to adjudicate the validity of any alleged interest in the forfeited property described above (the "Subject Property").

5. Based on defendant's guilty plea, the government submits that the defendant had an interest in the property named in the Order for Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. § 2323(b) (post-10/23/08) and 17 U.S.C. §506(b), 18 U.S.C. §981(a)(1)(C), and 28 U.S.C. §2461(c) (pre-10/23/08).

For the reasons stated above, the government requests that this Court enter the attached Final Order of Forfeiture.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
ALBERT S. GLENN
Assistant United States Attorney

Date: December 11, 2013

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 11-CR-666 |
| ) | |
| Michael Moore ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 11, 2013 and ending on October 10, 2013. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2013 at Philadelphia, PA.

Rebecca McGeehan
FSA, Forfeiture Paralegal

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT CASE NUMBER: 11-CR-666; NOTICE OF FORFEITURE

Notice is hereby given that on June 13, 2013, in the case of <u>U.S. v. Michael Moore</u>, Court Case Number 11-CR-666, the United States District Court for the Eastern District of Pennsylvania entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Computer Equipment Ser No: See Items List (12-FBI-008613), including the following items: 38 38 Boxes of VHS tapes containing 2,327 VHS tapes, Ser No: Unknown; 812 812 Unboxed VHS tapes, Ser No: Unknown; 34 34 Beta tapes, Ser No: Unknown; 2028 DVDs, Ser No: Unknown; 1 Direct Tivo, Ser No: 151-000-AO4F; 1 Tivo DVR, Ser No: 151-000-AO4F; 1 Compaq Laptop, Ser No: 600ACD4HPOLX; 1 Thumbdrive, Ser No: 0030BDAFC9F5; 1 Dell Dimension Computer 3000, Ser No: 97C2X51; 8 Eight 8-millimeter tapes, Ser No: Unknown; 1 BLackberry, Ser No: IMEI 357493003866635; 1 Panasonic DVD-R, Ser No: DQ5IC003186; 1 ADS Tech DVD Xpress, Ser No: USBAV-701-REV-2; 1 Data Video Time Base Corrector TBC-1100, Ser No: 00037227; 1 World TV, Ser No: 0541151715; 1 Antec CPU, Ser No: 480507006500; 1 Thumbdrive Logitech, Ser No: LNA51309403; 1 Direct TV DVR RIO, Ser No: KA025F276K2BR4; 1 Direct TV DVR RIO, Ser No: KA025F275K1TOH; 1 Direct TV DVR RIO, Ser No: KA025F075K3XE4; 1 Antec CP, Ser No: 48507006507; 2 Two LaCie external hard drives Model N2870, Ser No: Unknown; 1 DVD Recorder Model Number CDVD+R/1, Ser No: 3041-1203; 1 DVD Recorder Tower, Reliant Digital Production Line, Ser No: Unknown; 1 DVD Recorder Copy Master Model Number CDVD 4X/1-2772-1003, Ser No: Unknown which was seized from Michael Moore on November 10, 2011 at 825 Burrow Run Road, located in Chadds Ford, PA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (September 11, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 2609 United States Courthouse, 601 Market Street, Philadelphia, PA 19106, and a copy served upon Assistant United States Attorney Albert Glenn, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Case 2:11-cr-00666-BMS   Document 30   Filed 12/11/13   Page 10 of 10

## CERTIFICATE OF SERVICE

The foregoing Motion for Entry of a Final Order of Forfeiture, and proposed Order will be served electronically through the District Court Electronic Case System upon:

Catherine C. Henry, Esquire
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street, Suite 540W
The Curtis Center
Philadelphia, PA 19106

*[signature]*

ALBERT S. GLENN
Assistant United States Attorney

Date:  December 12, 2013