IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 11-666 |
| | : |
| MICHAEL MOORE | : |
| | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 13, 2013, this Court entered an Order for the Forfeiture of certain property further described below;

AND WHEREAS, pursuant to Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Order for Forfeiture was placed on an official government internet site for 30 consecutive days commencing on September 11, 2013;

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Order for Forfeiture;

AND WHEREAS, the Court finds based on the defendant's guilty plea that the defendant had an interest in the property named in the Order for Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. § 2323(b) (post-10/23/08) and 17 U.S.C. §506(b), 18 U.S.C. §981(a)(1)(C), and 28 U.S.C. §2461(c) (pre-10/23/08);

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest of all persons, their heirs and assigns, in the property described below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

    a) 38 Boxes of VHS tapes containing 2,327 VHS tapes;

    b) 812 unboxed VHS tapes;

    c) 34 Beta tapes;

- d) 2,028 DVDs;
- e) Hughes Direct Tivo – serial number 151-000-AO4F;
- f) Hughes Tivo – serial number 151-000-AO4F;
- g) Dell Dimension Computer 3000 – serial number 97C2X51;
- h) Eight 8-millimeter tapes;
- i) Panasonic DVD-R – serial number DQ5ICOO3186;
- j) ADS Tech DVD Xpress USBAV-701-Rev-2;
- k) Data Video Time Base Corrector TBC-1100 – serial number 00037227;
- l) World TV – serial number 0541151715;
- m) Antec Desktop Computer – serial number 480507006500;
- n) Logitech Device– serial number LNA51309403;
- o) Direct TV DVR RIO – serial number KAO25F276K2BR4;
- p) Direct TV DVR RIO – serial number KAO25F275K1TOH;
- q) Direct TV DVR RIO – serial number KAO25F075K3XE4;
- r) Antec Desktop Computer – serial number 480507006507;
- s) Two Lacie external hard drives Model #N2870;
- t) DVD Recorder Model Number CDVD+R/1 serial number 3041-1203;
- u) DVD Recorder Tower, Reliant Digital Production Line; and
- v) DVD Recorder Copy Master Model Number CDVD 4X/1 – 2772-1003.

2. All right, title and interest of all persons, their heirs and assigns in the properties described above, is hereby vested in the United States of America.

3. The United States Marshals Service shall dispose of the forfeited properties in accordance with the law and the rules of this Court.

ORDERED _13_ this day _Dec_ of 2013.

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*