IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| vs. | : | |
| MICHAEL MOORE | : | DPAE211CR00666 -001 |

## ORDER

AND NOW, this 24 day of March, 2017, it is hereby ordered that the passport surrendered by the above-named defendant be forwarded to the United States Department of State, CA/PPT/L/LA 44132 Mercure Circle, PO Box 1227, Sterling, VA 20166-1227, pursuant to the guidelines outlined in the July 21, 2005 memorandum of the Administrative Office of the United States Courts on "Passport Notices and Disposition of Surrendered Passports" and the May 2, 2007 Eastern District of Pennsylvania Order on Procedures for Managing Surrendered Passports.

BY THE COURT:

_____
BERLE M. SCHILLER, J.